**FILED**
MAR 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___PCL___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CRAIG LANSER                    ) Civil No. '08 CV 0516 W LSP
                                )
                                ) REQUEST FOR APPOINTMENT OF
                                ) COUNSEL UNDER THE CIVIL RIGHTS
           v.                   ) ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
DAVID A. BLACKBURN              ) DECLARATION IN SUPPORT OF
        AND                     ) REQUEST
JEFF PHAIR                      )
AND DOES 1-100                  )
                                )

1.  I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   (A.)  my claim is meritorious (that is, I have a good case), and

   B.    I have made a reasonably diligent effort to obtain counsel, and

   C.    I am unable to find an attorney willing to represent me on terms that I can afford.

2.  A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel. REQUESTED ON 3-14-08.

3.  A.  Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true? FILED EVIDENCE (TBS) UPON RECEIPT.

        X Yes        ___ No

::ODMA\PCDOCS\WORDPERFECT\231261\1 May 27, 1999 (3:47pm)     1

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4        B.   Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6        ____ Yes        ____ No
7        C.  If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel</u>.

28 (Attach additional sheets as needed)

1   4.   Have you talked with any attorney about handling your claim?
2        X Yes   +   X No
3        If "YES," give the following information about each attorney with whom you talked:
4   Attorney: _____
5   When: _____
6   Where: _____
7   How (by telephone, in person, etc.): _____
8   Why attorney was not employed to handle your claim: All ATTORNEYS HIRED
9   BY ME ARE "AFRAID" OF CORRUPT, POWERFUL
10  + SOCIALLY CONNECTED ATTORNEY WORKING with
11  SAN DIEGO SUPERIOR COURT JUDGES PROTECTING
12  Attorney: THE DEFENDANTS DUE TO PERSONAL INVOLVEMENT
13  When: with the PHAIR-BLACKBURN CRIMINAL
14  Where: ENTERPRISE (EXTORTION + EMBEZZLEMENT)
15  How (by telephone, in person, etc.): _____
16  Why attorney was not employed to handle your claim:
17  _____
18  _____
19  _____
20  Attorney: _____
21  When: _____
22  Where: _____
23  How (by telephone, in person, etc.): _____
24  Why attorney was not employed to handle your claim:
25  _____
26  _____
27  _____
28  (Attach additional sheets as needed)

::ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)                    3

5. Explain any other efforts you have made to contact an attorney to handle your claim:

All efforts have failed because local attorneys have been physically + financially threatened by defendants. Told they will never work again, will be sanctioned, etc.

6. Give any other information which supports your application for the court to appoint an attorney for you:

"I need government protection" Plaintiff was "Relator" with the U.S. of America (Plaintiff) in False Claims Act filed against defendant in 2003.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

1.) Sebastion D'Amico

2.) Harold Hewell

3.) Alan Feraci

4.) Fred Gaston

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.   <u>Employment</u>

Are you employed now?   ___ yes  X no  ___ am self-employed

Name and address of employer:

| | |
|---|---|
| 1 | If employed, how much do you earn per month? __N/A__ |
| 2 | If not employed, give month and year of last employment: __2004__ |
| 3 | How much did you earn per month in your last employment? __~~2500~~ 0-__ |
| 4 | If married, is your spouse employed? __X__ yes ___ no |
| 5 | If "YES," how much does your spouse earn per month? __$4000/MTH__ |
| 6 | If you are a minor under age 21, what is your parents' or guardians' approximate monthly |
| 7 | income? _____ |
| 8 | |
| 9 |     B.    Assets |
| 10 |     (i)    Other Income |
| 11 | Have you received within the past 12 months any income from a business, profession or other |
| 12 | form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity |
| 13 | payments or other sources? ___ yes __X__ no |
| 14 | If "YES," give the amount received and identify the sources: |
| 15 | $ Received              Source |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | (Attach additional sheets as necessary) |

    (ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? ___ yes  _X_ no

If "YES," state total amount: _____

    (iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes _X_ no

If "YES," give value and describe it:

  <u>Value</u>         <u>Description</u>

_____

_____

_____

_____

_____

_____

C. <u>Obligations and Debts</u>

  (i) <u>Dependents</u>

Your marital state is: ___ single _X_ married ___ widowed, separated or divorced.

Your total number of dependents is: —0—

List those person you actually support, your relationship to them, and your monthly contribution to their support:

  <u>Name/Relationship</u>      <u>Monthly Support Payment</u>

(none)

_____

_____

_____

_____

_____

_____

(ii)  **Debts and Monthly Bills**

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: ~~~~ | | |
| Mortgage on Home: WAMU | $400,000 | $2200.00 |
| Others: MASTERCARD | 10,000 | 700.00 |
| HFC | 15,000 | 457.00 |
| Taxes | | 200 |
| Utilities | | 150 |
| Gas | | 400 |
| Food | | 400 |

9.  Signature

I declare under penalty of perjury that the above is true and correct.

Dated: 3-16-08

_____
Signature

(Notarization is not required)